```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone (559) 497-4000
 5
```

FILED
JAN 1 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-CR-00373-DLB |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER ON HENTHORN MATERIALS |
| MARITZA ELIZABETH MELGAR, ) | |
| Defendant(s). ) | |

The Court has reviewed the Henthorn materials submitted by the government on or about December 15, 2009. After review, the Court finds that there is nothing in the records that bear on the witnesses credibility.

IT IS HEREBY ORDERED that these documents are not discoverable by the defense and are to remain sealed until further order of this Court.

DATED: January 13, 2010

HON. DENNIS L. BECK
U.S. Magistrate Judge