DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, CA Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARITZA ELIZABETH MELGAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-CR-00373 DLB |
| Plaintiff, | ORDER DESIGNATING AND DETAINING JONATHAN MELGAR-SEVILLON AS A MATERIAL WITNESS |
| v. | |
| MARITZA ELIZABETH MELGAR, | |
| Defendant. | Judge: Hon. Dennis L. Beck |

Upon consideration of Defendant's unopposed motion, the Declaration of Jeremy S. Kroger filed therewith, and the documents contained in the Court file, AND GOOD CAUSE APPEARING, the Court hereby issues the following ORDER:

The government shall detain Jonathan Melgar-Sevillon as a material witness pursuant to 18 U.S.C. § 3144, until either judgment is entered in this matter or his deposition has been taken pursuant to the Federal Rules of Criminal Procedure. Until these conditions have been met, Mr. Melgar-Sevillon shall not be deported.

IT IS SO ORDERED.

Dated: __January 23, 2010__            __/s/ Dennis L. Beck__
                                        UNITED STATES MAGISTRATE JUDGE