BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
MY-LINH HUANG
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:09-cr-00373-DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION AND ORDER FOR DISMISSAL |
| MARITZA ELIZABETH MELGAR, | ) |
| Defendant. | ) |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, hereby moves to vacate the trial set for May 18, 2010, and dismiss the action against Maritza Elizabeth Melgar, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: May 3, 2010                          BENJAMIN B. WAGNER
                                            United States Attorney


                                      By :  /s/Laurel J. Montoya
                                            LAUREL J. MONTOYA
                                            Assistant U.S. Attorney

1  O R D E R

2  IT IS HEREBY ORDERED that the Trial set for May 18, 2010,
3  against Maritza Elizabeth Melgar be vacated and this matter be
4  dismissed, without prejudice, in the interest of justice.
5  IT IS SO ORDERED.
6  **Dated:   May 6, 2010**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE